UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**PATRICK L KINGSLEY SR #560194**       **CIVIL ACTION NO. 24-cv-694 SEC P**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**NOLEN BASS ET AL**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Patrick L. Kingsley, Sr.'s claims [Doc. Nos. 1, 12] are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**Monroe, Louisiana**, this the 1st day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE